# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, S.P. LOGAN**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**JASON D. SAMUEL**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201400045**
**SPECIAL COURT-MARTIAL**


**Sentence Adjudged:** 30 September 2013.
**Military Judge:** LtCol Elizabeth Harvey, USMC.
**Convening Authority:** Commanding Officer, Marine Light Attack Helicopter Training Squadron 303, Marine Aircraft Group 39, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** LtCol K.C. Harris, USMC.
**For Appellant:** CAPT Stephen White, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.


**24 April 2014**

---------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court


R.H. TROIDL
Clerk of Court